UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KARL W. SCHENKER,

                                    Plaintiff,

        v.

Z. TAVAKOLI, et al.,

                                    Defendants.

Case No. 3:25-cv-00767-MMD-CLB

ORDER

Pro se Plaintiff Karl W. Schenker, who is confined at Northern Nevada Correctional Center, filed this case under 42 U.S.C. § 1983. Plaintiff has now filed motion to voluntarily dismiss this case. (ECF No. 5.)

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment." No responsive pleading has been filed, so the Court acknowledges that this case has been dismissed without prejudice.

It is therefore ordered that Plaintiff's motion to voluntarily dismiss this case (ECF No. 5) is granted.

It is further ordered that this action has been dismissed in its entirety without prejudice. A dismissal without prejudice allows Plaintiff to refile this action with the Court in the future under a new case number.

It is further ordered that Plaintiff's application to procced *in forma pauperis* (ECF Nos. 1, 4) is denied as moot.

The Clerk of Court is directed to close the case.

///

///

DATED THIS 5th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2